# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

AF Holdings LLC
                              Plaintiff,

v.                                       Case No.: 1:12−cv−03568
                                            Honorable Thomas M. Durkin

Richard Turner, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2013:

      MINUTE entry before Honorable Thomas M. Durkin:Motion for entry of default [21] is granted. A default order is entered as to defendant Richard Turner. Counsel will notice up a motion for prove−up. Status hearing held on 2/15/2013.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.